# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 12, 2019

*By ECF*

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/
John G. Koeltl, U.S.D.J.

12/13/19

Re:  *United States v. Ezzard Murray and Kevin Epps*, 19 Cr. 624 (JGK)

Dear Judge Koeltl:

I represent Ezzard Murray, and write on consent to respectfully request that the Court extend defendants' motion deadline, and the Government's response to those motions, by one week. I further request that the Court leave the reply deadline and hearing date unchanged.

In an Order dated November 7, 2019, the Court set a trial schedule which included the following deadlines for defendants' contemplated motions to suppress: defendants' motions due December 13, 2019; Government's response by January 3, 2020; defendants' replies by January 17, 2020; and a hearing date on January 30, 2020, at 10:00 a.m.

I respectfully request that the Court extend defendants' filing deadline to December 20, 2019, and the Government's response deadline to January 10, 2020, but leave the reply deadline and hearing date unchanged. The Government (per Assistant U.S. Attorney Michael Longyear) and co-defendant's counsel, Sanford Talkin, consent to the requested schedule change.

Respectfully Submitted,

/s/
Martin Cohen
Asst. Federal Defender
Tel. (212) 417-8737

cc.  Michael Longyear and Adam Hobson, Esqs., by ECF
     Sanford Talkin, Esq., by ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-13-19