UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-   19 cr 624 (JGK)

EZZARD MURRAY,   **ORDER**

               Defendant.
-----------------------------------------------------------X

It is hereby ordered that Kenneth J. Mongomery, Esq., be appointed as counsel for the defendant, Ezzard Murray, for all purposes.

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 20, 2019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019