# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

October 7, 2020

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
_____
John G. Koeltl, U.S.D.J.
10/7/20

**RE: United States v. Ezzard Murray**
**Criminal Docket 19 CR 624 (JGK)**

Dear Judge Koeltl:

My client Ezzard Murray is scheduled to have shoulder surgery on October 12, 2020. His medical physicians have requested that his ankle monitoring bracelet be removed for the surgery and put back after the surgery. I am asking for the Court's permission to have pretrial remove the bracelet for the surgery and replace it after the surgery is performed on the 12th. I have corresponded with the Government and they defer to pretrial, pretrial suggested that Mr. Murray contact the Court with this issue.

Thank you for the Court's time and consideration in this matter.

Respectfully,

*Kenneth J. Montgomery*

*Attorney for Ezzard Murray*
198 Rogers Avenue
Brooklyn, New York 11225